In the Matter of the Claim of ALBERT WEDEMEIER, Respondent, v. MAVIS BOTTLING COMPANY OF NEW YORK, Appellant, and UNITED STATES CASUALTY COMPANY, Respondent.

STATE INDUSTRIAL BOARD, Respondent.

(Argued January 10, 1933; decided January 24, 1933.)

*Warren A. Schenck* and *John W. Ingram* for Mavis Bottling Company of New York, appellant.

*John J. Bennett, Jr.,* Attorney-General *(Joseph A. McLaughlin* and *Isaac Frank* of counsel), for State Industrial Board, respondent.

*John S. Breckinridge, William H. Hotchkiss* and *William Butler* for United States Casualty Company, respondent.

Order affirmed, with costs to the insurance carrier; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.